■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY G. WORKMAN, SR., Appellant. [901 NYS2d 896]—Appeal from a resentence of the Niagara County Court (Sara S. Sperrazza, J.), rendered December 11, 2008. Defendant was resentenced upon his conviction of rape in the first degree (two counts), rape in the second degree (two counts), criminal sexual act in the second degree and sexual abuse in the second degree.

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.